**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **MARIA ALLEN,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:23-cv-00130 |
| **MCLEMORE BUILDING MAINTENANCE, INC.,** | § § § | |
| Defendant. | § § | |

## STIPULATED DISMISSAL OF CLAIMS

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned Plaintiff Maria Allen and Defendant McLemore Building Maintenance, Inc., that all claims between all parties to this action be and are hereby dismissed with prejudice and without costs against any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

| **PONCIO LAW OFFICES** | **GORDON REES SCULLY MANSUKHANI, LLP** |
|---|---|
| */s/ Alan Braun\** | */s/ Nellie Gomez* |
| **Adam Poncio** | **Laura E. De Santos, Attorney-in-Charge** |
| Texas Bar No. 16109800 | Texas Bar No. 00793612 |
| SDTX No. 194847 | SDTX No. 19328 |
| aponcio@ponciolaw.com | ldesantos@grsm.com |
| **Alan Braun** | **Nellie Gomez** |
| Texas Bar No. 24054488 | Texas Bar No. 00798211 |
| SDTX No. 14218056 | SDTX No. 21164 |
| abraun@ponciolaw.com | ngomez@grsm.com |
| 5410 Fredericksburg Road, Suite 109 | 1900 West Loop South, Suite 1000 |
| San Antonio, TX 78229 | Houston, TX 77027 |
| Telephone: (210) 212-7979 | Telephone: (713) 961-3366 |
| Facsimile: (210) 212-5880 | Facsimile: (713) 961-3938 |
| *Signed with Permission | |
| | **ATTORNEYS FOR DEFENDANT** |
| **ATTORNEYS FOR PLAINTIFF** | |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system that will send notification of such filing, which will automatically send notification of such filing counsel(s) of record.

Adam Poncio
Alan Braun
PONCIO LAW OFFICES
A Professional Corporation
5410 Fredericksburg Road, Suite 109
San Antonio, Texas 78229-3550
Telephone: (210) 212-7979
Facsimile: (210) 212-5880
Email: Aponcio@ponciolaw.com
         abraun@ponciolaw.com

**Attorneys for Plaintiff**

                                      */s/ Nellie Gomez*
                                      **Nellie Gomez**