United States District Court
Southern District of Texas
**ENTERED**
May 23, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| MARIA ALLEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00130 |
| § | |
| MCLEMORE BUILDING § | |
| MAINTENANCE, INC., § | |
| § | |
| Defendant. § | |

## ORDER GRANTING STIPULATION OF DISMISSAL

The Court, having considered the parties' Stipulated Dismissal of Claims, (D.E. 22), **ORDERS** the above-captioned action be **DISMISSED with prejudice** pursuant to the parties' agreements. Each party will bear their own respective costs, expenses and attorney's fees. All pending Motions are **DENIED** as moot. All court settings are **CANCELED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

ORDERED on May 23, 2024.

_____
Jason B. Libby
United States Magistrate Judge